

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2016

No. 04-16-00222-CV

**IN RE Leticia MONTEMAYOR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On May 26, 2016 relator filed a motion to amend and supplement her petition for writ of mandamus by filing a supplemental record consisting of a complete transcript of the hearing held by the trial court on June 16, 2015 in this matter. The motion to supplement is GRANTED. **Relator is ordered to file a supplemental record in this court no later than June 2, 2016.**

It is so **ORDERED** on May 27, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CVW001587 C3, styled *In re R.E.M., a Child*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Jesus Garza presiding.